**Date of Arrest: 12/18**

# United States District Court
### DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose Juan DOMINGUEZ-Alvarado<br>AKA: None Known<br>Mexico<br>YOB: 1976<br>221181585<br>Illegal Alien<br><br>Defendant | Magistrate Case No. **25-02206MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>8 U.S.C. § 1325(a)(1)<br>Illegal Entry of Alien<br>Count 1<br><br>50 U.S.C. § 797(a)(1), (a)(2)(a)<br>Violation of Defense Property Regulation<br>Count 2<br><br>18 U.S.C. § 1382<br>Entering Military Property<br>Count 3 |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about December 18, 2025, Defendant Jose Juan DOMINGUEZ-Alvarado, an alien, did knowingly and voluntarily enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

### COUNT 2

That on or about December 18, 2025, Defendant, Jose Juan DOMINGUEZ-Alvarado, did willfully violate a defense property security regulation, that is a property security regulation which, pursuant to lawfully authority was promulgated by a military commander designated by the Secretary of Defense, in violation of Title 50 United States Code, Sections 797(a)(1) and (a)(2)(a) (Misdemeanor).

//
//
//
//

COUNT 3

That on or about December 18, 2025, Defendant, Jose Juan DOMINGUEZ-Alvarado, did enter upon a military installation, that is, upon the Barry M. Goldwater Range, for a purpose prohibited by law, that is illegal entry into the United States, in violation of Title 18, United States Code, Section 1382 (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

AUSA Ryan McCarthy for AUSA Louis Uhl

*Digitally signed by RYAN MCCARTHY*
*Date: 2025.12.19 09:18:49 -07'00'*

_____
Signature of Complainant
JOSE SIQUEIROS
Border Patrol Agent

Sworn to before me and subscribed telephonically,

December 19, 2025.            at      Yuma, Arizona
Date                                  City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

- 2 -

## STATEMENT OF FACTUAL BASIS

Defendant:    Jose Juan DOMINGUEZ-Alvarado

Dependents:  None

IMMIGRATION HISTORY: The Defendant is an illegal alien.

CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION | SENTENCE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about San Luis, Arizona on December 18, 2025. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on December 18, 2025.

The Barry M. Goldwater Range National Defense Area ("NDA") is a portion of a Department of Defense military installation near Yuma, Arizona. The NDA is approximately 140 miles long and approximately 60 feet deep along the U.S. Border with Mexico. The property has been designated as a restricted area by the Commanding Officer of the U.S. Marine Corps Air Station Yuma. Specific notices forbidding such access to the NDA are present in the form of conspicuous twelve by eighteen inch red and white colored signs placed at approximately every 200 meters apart along the southern edge of the NDA. The signs state, in both English and Spanish, that the area is restricted and that unauthorized entry is prohibited by authority of the commander in accordance with the Secretary of Defense. The defendant admitted that he did observe the signs indicating he was entering a restricted area and that his entry onto that area was prohibited.

Based on the location of defendant's apprehension by U.S. Border Patrol, the defendant illegally crossed the international border from Mexico at a place not designated by immigration officials and entered the United States through the NDA.

Border Patrol Agents advised the Defendant of their Miranda Rights. The Defendant understood those rights as they were explained to him and chose to waive his rights, agreeing to answer questions. During the interview, the Defendant stated that his intention after entering the United States was to travel to Denver, Colorado.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Mark Vinci and BPA Esteban Montoya.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Victor Guzman.

Charges:

| | |
|---|---|
| 8 USC 1325(a)(1) | M |
| 18 USC 1382 | M |
| 50 USC 797 | M |

*Jose Siqueiros*
Signature of Complainant

Sworn to before me and subscribed telephonically,

December 19, 2025
Date

Signature of Judicial Officer