IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>  v.<br><br>Jose Juan Dominguez-Alvarado | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>No.  25-02206MJ-001-PHX-JFM<br><br>Jared H. Eggers (FPD)<br>Attorney for Defendant |

YOB: 1976           ICE# A221181585

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/22/2025 to Count 1 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Class B Misdemeanor offense, as charged in Count 1 of the Complaint.

**IT IS ORDERED** dismissing all remaining Counts upon Motion of the Government.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED** on Count 1.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED          **FINE:** NONE          **RESTITUTION:** NONE

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence:  **Monday, December 22, 2025**

Dated this 22nd day of December, 2025.

_____
Honorable James F. Metcalf
United States Magistrate Judge

Case 2:25-mj-02206-JFM   Document 3   Filed 12/22/25   Page 2 of 2

25-02206MJ-001-PHX-JFM                                                                              Page 2 of 2
USA vs. Jose Juan Dominguez-Alvarado

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____ , the institution

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                               By:   Deputy Marshal

25-02206MJ-001-PHX-JFM- Dominguez-Alvarado    12/22/2025 - 2:44 PM