IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DATE: 12/22/2025

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE DEFENDANT:

25 02206 MJ 3 Dominguez-Alvarado, Jose Juan

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

    __X__ Time Served

    ____ Probation

    ____ Dismissal

ADDITIONAL INSTRUCTIONS:


DEBRA LUCAS, CLERK/DCE

By:   /s/Jocelyn Arviso
       Jocelyn Arviso
       Courtroom Deputy for Magistrate Judge
       James F. Metcalf